| | |
|---|---|
| 1 | SEAN P. HEALY, SB# 018393 |
|   |    E-Mail: healy@lbbslaw.com |
| 2 | SHAWN M. PETRI, SB# 022642 |
|   |    E-Mail: petri@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |

Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Peters, | No. 12-CV-02600-FJM |
|       Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Coface Collections North America, Inc., | |
|       Defendant. | |

    Defendant hereby notifies the Clerk of the Court that this case has settled. The parties' Stipulation for Dismissal with Prejudice and the accompanying Order will be filed shortly.

    DATED this 28th day of July, 2016.

                            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                            By   s/ *Shawn M. Petri*
                                     Sean P. Healy
                                     Shawn M. Petri
                                     *Attorneys for Defendant*

4823-9618-6933.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 28, 2016, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

s/ *Laura M. Nagelkirk*

4823-9618-6933.1

2