Joseph Panvini (028359)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8875
866-317-2674 facsimile
jpanvini@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Peters, | Case No. CV-12-02600-PHX-FJM |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| Coface Collections North America, Inc., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 29, 2016.

s/Joseph Panvini                                s/Shawn M. Petri
Joseph Panvini                                  Shawn M. Petri
Thompson Consumer Law Group, PLLC               Lewis Brisbois Bisgaard & Smith
5235 E. Southern Ave. D106-618                  2929 N. Central Ave Ste 1700
Mesa, AZ 85206                                  Phoenix, AZ 85012
602-388-8875                                    602-792-1490
866-317-2674 facsimile                          602-382-1051 facsimile
jpanvini@consumerlawinfo.com                    petri@lbbslaw.com
Attorney for Plaintiff                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on September 29, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Joseph Panvini<br>
Joseph Panvini