WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Peters,<br><br>        Plaintiff,<br><br>v.<br><br>Coface Collections North America Incorporated,<br><br>        Defendant. | No. CV-12-02600-PHX-FJM<br><br>**ORDER** |

    Pursuant to the parties' stipulation (Doc. 60),

    IT IS ORDERED dismissing this action with prejudice, each party to bear its own fees and costs.

    Dated this 30th day of September, 2016.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge